IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION: H-10-1906 |
| | § | |
| $30,871.00 in U.S. Currency, Mohammad Adil Swati, | § § | |
| Defendants. | § | |

**ORDER**

Parties are hereby advised that the above referenced case is set for a Rule 16 Scheduling Conference on October 19, 2010 at 10:00 a.m., before Magistrate Judge Stephen Wm Smith, Courtroom 703, 515 Rusk, Houston, TX.

Signed this ___21___ day of September, 2010.

David Hittner
United States District Judge