UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:10-cv-01906 |
| § | |
| $30,871.00 IN U.S. CURRENCY, § | |
| Defendant in rem § | |

**JOINT STIPULATION OF DISMISSAL**

United States of America, Plaintiff, and Mohammad Nazir Swati and Me Razia Sultana, Claimants, stipulate to the dismissal of this complaint pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties agree to the resumption of the administrative forfeiture proceedings.

Dated: November 8, 2010.

Respectfully submitted,

_____
Joseph Albert Acayan
Givens & Johnston PLLC
950 Echo Ln, Ste 360
Houston, TX 77024
Office 713-932-1540
Fax: 713-932-1542
Email: jacayan@givensjohnston.com

José Angel Moreno
United States Attorney
By: /s/ Albert Ratliff
Albert Ratliff
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-01906 |
| | § | |
| $30,871.00 IN U.S. CURRENCY, | § | |
| Defendant in rem | § | |

**ORDER OF DISMISSAL**

The complaint is dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Signed on _____, 2010.

_____
David Hittner
United States District Judge